ALLREAD, J.

Plaintiff in error brings a suit to this court on petition in error. No bill of exceptions was filed. The question, therefore, is whether the petition upon which the plaintiff Ridgley relies is sufficient to sustain the verdict. We have read the petition, and we are of opinion that it is sufficient.

We are, therefore, of opinion that the judgment of the Court of Common Pleas must be affirmed.

Kunkle and Hornbeck, JJ., concur.

## COOPER v STATE

Ohio Supreme Court
No 21809. Decided Feb. 5, 1930

Kinkade, Jones, Matthias, Day and Allen, JJ., concur.

## PECK, Receiver, v P U C et

Ohio Supreme Court
No 21974. Decided Feb. 5, 1930

Marshall, CJ., Kinkade, Robinson, Jones, Matthias and Allen, JJ., concur.

## N Y C Rd Co v P U C

Ohio Supreme Court
No 21981. Decided Feb. 5, 1930

Marshall, CJ., Kinkade, Robinson, Jones, Matthias and Day, JJ., concur.